# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1977
Lower Tribunal No. 2023-DP-000333-O

———————————————

In the Interest of S.S.-H., B.S.-H., A.S.-H., J.S-H., and J.J.S.-H., children.

J.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Angela Ba, Inverness, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED